UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

   Plaintiff,         Case No. 18-cv-12885
                 Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 68.34.30.23,

   Defendant.
_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

             s/Matthew F. Leitman
             MATTHEW F. LEITMAN
             UNITED STATES DISTRICT JUDGE

Dated: January 4, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2019, by electronic means and/or ordinary mail.

             s/Holly A. Monda
             Case Manager
             (810) 341-9764